**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUISA RAMIREZ,

                Plaintiff,                    19 **CIVIL** 986 (VEC)

      -against-                          **JUDGMENT**

MICHAEL CETTA, INC., d/b/a SPARKS
STEAK HOUSE, LLC,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2020, Defendants' motion for summary judgment is GRANTED as to all of Plaintiff's claims; accordingly, the case is closed.

**Dated:**  New York, New York
         September 30, 2020

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**
                       **BY:**    *K. Mango*
                                                **Deputy Clerk**